**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION**

In re: ISOKINETICSINC.COM, INC. § Case No. 5:18-72139
§
§
§
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Jill Jacoway, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $18,050.00 | Assets Exempt: | N/A |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $503,957.06 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $72,153.69 | | |

3) Total gross receipts of $576,110.75 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $576,110.75 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $400,383.78 | $419,652.18 | $419,652.18 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $68,018.59 | $72,153.69 | $72,153.69 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $1,706.00 | $1,706.00 | $1,706.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $7,744.19 | $272,928.52 | $269,755.29 | $82,598.88 |
| **TOTAL DISBURSEMENTS** | $7,744.19 | $743,036.89 | $763,267.16 | $576,110.75 |

4) This case was originally filed under chapter 7 on 08/11/2018. The case was pending for 25 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/20/2020        By: /s/ Jill Jacoway
                                                 Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Union Bank of Mena - #4013 | 1129-000 | $1,947.06 |
| Polk Road, Grannis, AR | 1110-000 | $56,000.00 |
| Mountain Pine Road, Hot Springs, AR | 1110-000 | $391,147.28 |
| ACCOUNTS RECEIVABLE | 1121-000 | $24,961.34 |
| Federal Tax Refund | 1224-000 | $3,469.47 |
| Unauthorized post petition transfer | 1241-000 | $44,795.06 |
| Inventory in warehouse in Hot Springs - to include Inventory valued by the Debtor at $644,000.00 (at cost); three stools | 1129-000 | $50,275.00 |
| Prepaid insurance through Accord | 1129-000 | $3,515.54 |
| **TOTAL GROSS RECEIPTS** | | **$576,110.75** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |

**EXHIBIT 3 - SECURED CLAIMS**

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1-2 | Garland County Tax Collector | 4700-000 | NA | $6,944.34 | $10,998.16 | $10,998.16 |
| 2 | Union Bank of Mena | 4110-000 | NA | $20,938.80 | $39,767.11 | $39,767.11 |
| 3 | Union Bank of Mena | 4110-000 | NA | $371,132.45 | $366,014.02 | $366,014.02 |
| 22 | Polk County Tax Collector | 4700-000 | NA | $1,368.19 | $1,575.45 | $1,575.45 |
| ADMN - | Polk County Tax Collector | 4700-000 | NA | $0.00 | $1,297.44 | $1,297.44 |
| | **TOTAL SECURED** | | **$0.00** | **$400,383.78** | **$419,652.18** | **$419,652.18** |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Jill Jacoway | 2100-000 | NA | $32,055.54 | $32,055.54 | $32,055.54 |
| Trustee, Expenses - Jill Jacoway | 2200-000 | NA | $525.85 | $525.85 | $525.85 |
| Attorney for Trustee Fees - JILL JACOWAY ATTORNEY | 3110-000 | NA | $11,462.50 | $11,462.50 | $11,462.50 |
| Attorney for Trustee Fees - JACOWAY LAW FIRM, LTD. | 3110-000 | NA | $1,667.51 | $1,667.51 | $1,667.51 |
| Costs re Sale of Property - Garland County Title | 2500-000 | NA | $0.00 | $4,135.10 | $4,135.10 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $42.53 | $42.53 | $42.53 |
| Other Chapter 7 Administrative Expenses - Southwest Arkansas Electric | 2990-000 | NA | $25.46 | $25.46 | $25.46 |
| Other Chapter 7 Administrative Expenses - Mike & Selinda Salem | 2990-000 | NA | $3,913.43 | $3,913.43 | $3,913.43 |
| Other Chapter 7 Administrative Expenses - Entergy | 2990-000 | NA | $1,030.15 | $1,030.15 | $1,030.15 |
| Other Chapter 7 Administrative Expenses - Sevier County Water Assoc. | 2990-000 | NA | $164.74 | $164.74 | $164.74 |
| Accountant for Trustee Fees (Other Firm) - ACCOUNTING SOLUTIONS OF NWA | 3410-000 | NA | $3,500.00 | $3,500.00 | $3,500.00 |
| Realtor for Trustee Fees (Real Estate Commissions) - Re/Max Mena | 3510-000 | NA | $2,940.00 | $2,940.00 | $2,940.00 |
| Realtor for Trustee Fees (Real Estate Commissions) - Nathan Genovese, Broker | 3510-000 | NA | $420.00 | $420.00 | $420.00 |
| On-line Auctioneer/Liquidator for Trustee Fees - BKAssets.com, LLC | 3630-000 | NA | $5,000.00 | $5,000.00 | $5,000.00 |
| On-line Auctioneer/Liquidator for Trustee Expenses - BKAssets.com, LLC | 3640-000 | NA | $275.00 | $275.00 | $275.00 |
| Appraiser for Trustee Fees - CFP Appraisals and Auctions | 3711-000 | NA | $2,017.50 | $2,017.50 | $2,017.50 |
| Appraiser for Trustee Expenses - CFP Appraisals and Auctions | 3712-000 | NA | $278.38 | $278.38 | $278.38 |
| Other Professional Fees - Logical Business Systems | 3991-000 | NA | $2,700.00 | $2,700.00 | $2,700.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$68,018.59** | **$72,153.69** | **$72,153.69** |

UST Form 101-7-TDR ( 10 /1/2010)

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 25 | Dept. Of Employment And Economic Development | 5800-000 | NA | $1,706.00 | $1,706.00 | $1,706.00 |
| | TOTAL PRIORITY UNSECURED CLAIMS | | $0.00 | $1,706.00 | $1,706.00 | $1,706.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | Ideal Products | 7100-000 | NA | $2,213.62 | $2,213.62 | $679.26 |
| 5 | DiversiFoam Products | 7100-000 | NA | $12,537.52 | $12,537.52 | $3,847.18 |
| 6 | Computer Solutions | 7100-000 | NA | $910.00 | $910.00 | $279.24 |
| 7-2 | Armedica Manufacturing | 7100-000 | NA | $79,951.27 | $79,951.27 | $24,533.33 |
| 8 | Dynatronics | 7100-000 | NA | $12,712.92 | $12,712.92 | $3,901.00 |
| 9 | Contemporary Design DBA Shuttle Systems | 7100-000 | NA | $9,050.63 | $9,050.63 | $2,777.22 |
| 10 | Cardinal Detecto | 7100-000 | NA | $4,944.56 | $4,944.56 | $1,517.26 |
| 11 | Hog Country Media, LLC | 7100-000 | NA | $1,783.41 | $1,783.41 | $547.25 |
| 12 | PrePak Products, Inc | 7100-000 | NA | $3,232.37 | $3,232.37 | $991.86 |
| 13 | NDC, Inc. | 7100-000 | NA | $71,339.72 | $71,339.72 | $21,890.85 |
| 14 | MedChain Supply Div of NDC | 7100-000 | NA | $2,022.80 | $2,022.80 | $620.70 |
| 15 | BioSkin Cropper Medical Inc | 7100-000 | NA | $1,064.29 | $1,064.29 | $326.58 |
| 16 | Hausmann Industries | 7100-000 | NA | $15,334.90 | $15,334.90 | $4,705.57 |
| 17 | BioMedical Life System | 7100-000 | NA | $823.50 | $823.50 | $252.69 |
| 18 | HC Interiors, Inc. dba Health Care Interiors c/o Doug Michel | 7100-000 | NA | $948.51 | $948.51 | $291.05 |
| 19 | North Coast Medical, Inc | 7100-000 | NA | $5,295.75 | $5,295.75 | $1,625.02 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 20 | American Express Travel Related Services Company, c/o Becket and Lee LLP | 7100-000 | NA | $25,362.38 | $25,362.38 | $7,782.54 |
| 21 | Euler Hermes North America Insurance Company | 7100-000 | NA | $10,844.08 | $10,844.08 | $3,327.54 |
| 23 | Jelaga Inc dba Spectrum Therapy Products | 7100-000 | NA | $3,173.23 | $3,173.23 | $973.72 |
| 24 | Jelaga Inc dba Spectrum Therapy Products | 7100-000 | NA | $3,173.23 | $0.00 | $0.00 |
| 26 | Cramer Products, Inc. | 7100-000 | NA | $5,634.68 | $5,634.68 | $1,729.02 |
| 27 | Power Play | 7200-000 | NA | $575.15 | $575.15 | $0.00 |
| N/F | Center Point Energy | 7100-000 | $34.82 | NA | NA | NA |
| N/F | Century Link | 7100-000 | $7.38 | NA | NA | NA |
| N/F | KINETEC USA | 7100-000 | $25.95 | NA | NA | NA |
| N/F | Minnesota Unemployment Insuran | 7100-000 | $2,057.00 | NA | NA | NA |
| N/F | North Garland County WD | 7100-000 | $119.04 | NA | NA | NA |
| N/F | THE HANOVER INSURANCE GROUP | 7100-000 | $5,500.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | $7,744.19 | $272,928.52 | $269,755.29 | $82,598.88 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

Case No.: 5:18-72139  
Case Name: ISOKINETICSINC.COM, INC.  
For Period Ending: 08/20/2020

Trustee Name: (250030) Jill Jacoway  
Date Filed (f) or Converted (c): 08/11/2018 (f)  
§ 341(a) Meeting Date: 09/10/2018  
Claims Bar Date: 12/12/2018

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | ACCOUNTS RECEIVABLE | 515,574.00 | 122,345.99 | | 24,961.34 | FA |
| 2 | Union Bank of Mena - #4013 | 90,642.34 | 90,642.34 | | 1,947.06 | FA |
| 3 | Inventory in warehouse in Hot Springs - to include Inventory valued by the Debtor at $644,000.00 (at cost); three stools; shelving; two computers; printers; fax machines; John Deere lawn mower; two electric pallet jacks; manual pallet jack; two dollies; two push carts; moving stairs; fan; unloading rails; two moving tubs; generator<br>This sale includes Asset #4, 5, 6, 7 & 8. | 644,245.63 | 644,245.63 | | 50,275.00 | FA |
| 4 | Stools, office; fixtures; shelving, etc.<br>included in the sale of the inventory (Asset # 3) | 310.00 | 310.00 | | 0.00 | FA |
| 5 | Computers; printers, scanners, phone system<br>included in the sale of the inventory (Asset #3) | 750.00 | 750.00 | | 0.00 | FA |
| 6 | John Deere lawn mower<br>included in the sale of the inventory (Asset # 3) | 400.00 | 400.00 | | 0.00 | FA |
| 7 | Jacks, dollies, push carts, moving stairs, fans, etc.<br>included in the sale of the inventory (Asset # 3) | 1,760.00 | 1,760.00 | | 0.00 | FA |
| 8 | Stationary diesel generator; generator | 10,000.00 | 10,000.00 | | 0.00 | FA |
| 9 | Mountain Pine Road, Hot Springs, AR | 584,000.00 | 584,000.00 | | 391,147.28 | FA |
| 10 | Polk Road, Grannis, AR | 125,850.00 | 56,000.00 | | 56,000.00 | FA |
| 11 | Registered Trade Mark<br>included in the sale of the inventory (Asset # 3) | 0.00 | 0.00 | | 0.00 | FA |
| 12 | Website - internet domain<br>included in the sale of the inventory (Asset # 3) | 0.00 | 0.00 | | 0.00 | FA |
| 13 | Federal Tax Refund (u) | 0.00 | 3,270.20 | | 3,469.47 | FA |
| 14 | Prepaid insurance through Accord | 0.00 | 3,515.54 | | 3,515.54 | FA |
| 15 | Unauthorized post petition transfer (u) | 0.00 | 39,378.66 | | 44,795.06 | FA |
| 16 | Generator - Warehouse<br>included in the sale of the inventory (Asset # 3) | 200.00 | 200.00 | | 0.00 | FA |
| 17 | Office equipment - filing cabinets; tables; shelving | 2,480.00 | 2,480.00 | | 0.00 | FA |
| 18 | Office - computers, printers, fax machine, shredder phone systems, fire servers | 2,150.00 | 2,150.00 | | 0.00 | FA |
| 18 | **Assets Totals (Excluding unknown values)** | **$1,978,361.97** | **$1,561,448.36** | | **$576,110.75** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 2

**Case No.:** 5:18-72139  
**Case Name:** ISOKINETICSINC.COM, INC.

**For Period Ending:** 08/20/2020

**Trustee Name:** (250030) Jill Jacoway  
**Date Filed (f) or Converted (c):** 08/11/2018 (f)  
**§ 341(a) Meeting Date:** 09/10/2018  
**Claims Bar Date:** 12/12/2018

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** 10/09/2020

**Current Projected Date Of Final Report (TFR):** 03/30/2020 (Actual)

08/20/2020  
Date

/s/Jill Jacoway  
Jill Jacoway

UST Form 101-7-TDR ( 10 /1/2010)

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9

Page: 1

| Case No.: | 5:18-72139 | Trustee Name: | Jill Jacoway (250030) |
|---|---|---|---|
| Case Name: | ISOKINETICSINC.COM, INC. | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***4881 | Account #: | ******6800 Checking |
| For Period Ending: | 08/20/2020 | Blanket Bond (per case limit): | $0.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/23/18 | {1} | Catholic Health Initiatives | accounts receivable | 1121-000 | 5,572.18 | | 5,572.18 |
| 08/23/18 | {1} | Caring Hands Rehabilitiation | accounts receivable | 1121-000 | 587.59 | | 6,159.77 |
| 08/23/18 | {1} | PetVet Care Centers Mgmt LLC | accounts receivable | 1121-000 | 241.27 | | 6,401.04 |
| 08/23/18 | {1} | 21st Century Cyber Charter School | accounts receivable | 1121-000 | 111.80 | | 6,512.84 |
| 08/23/18 | {1} | Kaiser Permanente | accounts receivable | 1121-000 | 63.01 | | 6,575.85 |
| 08/23/18 | {1} | Mountain States Health Alliance | accounts receivable | 1121-000 | 43.66 | | 6,619.51 |
| 08/23/18 | {1} | Florida Hospital Medical Center | accounts receivable | 1121-000 | 18.00 | | 6,637.51 |
| 08/23/18 | {1} | Premier Rehab, LTD | accounts receivable | 1121-000 | 339.03 | | 6,976.54 |
| 08/23/18 | {1} | Premier Rehab LTD | accounts receivable | 1121-000 | 339.03 | | 7,315.57 |
| 08/23/18 | {1} | Chambersburg Hospital | accounts receivable | 1121-000 | 145.00 | | 7,460.57 |
| 08/23/18 | {1} | TQM LLC | accounts receivable | 1121-000 | 125.98 | | 7,586.55 |
| 08/23/18 | {1} | Texas Health | accounts receivable | 1121-000 | 423.67 | | 8,010.22 |
| 08/23/18 | {1} | JP Morgan Chase | accounts receivable | 1121-000 | 69.30 | | 8,079.52 |
| 08/23/18 | {1} | Arkansas Specialty Therapy | accounts receivable | 1121-000 | 1,540.50 | | 9,620.02 |
| 08/23/18 | {1} | Integrated Therapy Services LLC | accounts receivable | 1121-000 | 315.68 | | 9,935.70 |
| 08/23/18 | {1} | Lee Physical Therapy | accounts receivable | 1121-000 | 82.35 | | 10,018.05 |
| 08/23/18 | {1} | Arkadelphia Physical Therapy | accounts receivable | 1121-000 | 147.02 | | 10,165.07 |
| 08/23/18 | {1} | Stevens Community Medical Center, Inc | accounts receivable | 1121-000 | 222.00 | | 10,387.07 |
| 08/23/18 | {1} | Kaiser Permanente | accounts receivable | 1121-000 | 152.91 | | 10,539.98 |
| 08/23/18 | {1} | Dallas County Medical Center | accounts receivable | 1121-000 | 309.51 | | 10,849.49 |
| 08/23/18 | {1} | Texas Tech Health Sciences Center | accounts receivable | 1121-000 | 145.00 | | 10,994.49 |
| 08/23/18 | {1} | Campbell Clinic Ortho | accounts receivable | 1121-000 | 185.00 | | 11,179.49 |
| 08/23/18 | {1} | Texas Health | accounts receivable | 1121-000 | 189.68 | | 11,369.17 |
| 08/23/18 | {1} | Texas Health | accounts receivable | 1121-000 | 400.06 | | 11,769.23 |
| 08/23/18 | {1} | Regional School Unit #24 | accounts receivable | 1121-000 | 104.28 | | 11,873.51 |
| 08/23/18 | {1} | Fairchild Medical Center | accounts receivable | 1121-000 | 115.20 | | 11,988.71 |
| 08/23/18 | {1} | Concorde Career Colleges Inc | accounts receivable | 1121-000 | 537.79 | | 12,526.50 |
| 08/31/18 | {1} | Prairieville Primary School | accounts receivable | 1121-000 | 13.00 | | 12,539.50 |
| 08/31/18 | {1} | Institute for Specialized Medicine, Inc | Account receivable | 1121-000 | 808.20 | | 13,347.70 |
| 08/31/18 | {1} | BaylorScott & White | Account receivable | 1121-000 | 2,465.84 | | 15,813.54 |
| 08/31/18 | {1} | Catholic Health Initatives | Account receivable | 1121-000 | 311.60 | | 16,125.14 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 16,115.14 |
| 09/06/18 | {1} | Catholic Health Initatives | accounts receivable | 1121-000 | 103.20 | | 16,218.34 |
| 09/06/18 | {1} | Caring Hands Rehabilitiation | accounts receivable | 1121-000 | 100.87 | | 16,319.21 |
| 09/06/18 | {1} | Unity Health | accounts receivable | 1121-000 | 598.86 | | 16,918.07 |
| 09/06/18 | {1} | Waterloo Central School District | accounts receivable | 1121-000 | 69.95 | | 16,988.02 |
| 09/06/18 | {1} | Arkansas Specialty Therapy | accounts receivable | 1121-000 | 511.92 | | 17,499.94 |
| 09/06/18 | {1} | Arkansas Specialty Therapy | accounts receivable | 1121-000 | 621.09 | | 18,121.03 |
| 09/06/18 | {1} | Aurora Health Care | accounts receivable | 1121-000 | 44.71 | | 18,165.74 |

Page Subtotals: **$18,175.74** **$10.00**

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 2

| Case No.: | 5:18-72139 | Trustee Name: | Jill Jacoway (250030) |
|---|---|---|---|
| Case Name: | ISOKINETICSINC.COM, INC. | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***4881 | Account #: | ******6800 Checking |
| For Period Ending: | 08/20/2020 | Blanket Bond (per case limit): | $0.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/06/18 | {1} | Supply Chain Shared Services Center | accounts receivable | 1121-000 | 19.03 | | 18,184.77 |
| 09/11/18 | {1} | Catholic Health Iniatives | returned by bank as "unable to locate account | 1121-000 | -103.20 | | 18,081.57 |
| 09/12/18 | {1} | Phoebe | accounts receivable | 1121-000 | 347.24 | | 18,428.81 |
| 09/19/18 | {1} | Aurora Health Care | accounts receivable - wrong amount entered - deposit was reversed. | 1121-000 | 44.71 | | 18,473.52 |
| 09/19/18 | {1} | Aurora Health Care | accounts receivable | 1121-000 | 64.60 | | 18,538.12 |
| 09/19/18 | {1} | Prevea | accounts receivable | 1121-000 | 532.54 | | 19,070.66 |
| 09/19/18 | 101 | Entergy | Acct No. 53192589 | 2990-000 | | 264.61 | 18,806.05 |
| 09/19/18 | {1} | Aurora Health Care | Deposit Reversal: accounts receivable | 1121-000 | -44.71 | | 18,761.34 |
| 09/25/18 | {1} | Arkadelphia Physical Therapy Center, Inc | accounts receivable | 1121-000 | 309.07 | | 19,070.41 |
| 09/25/18 | {1} | Homelink | accounts receivable | 1121-000 | 1,227.50 | | 20,297.91 |
| 09/25/18 | 102 | Sevier County Water Assoc. | Acct #2920 (8/15/18 - 9/14/18) | 2990-000 | | 93.02 | 20,204.89 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 13.95 | 20,190.94 |
| 10/05/18 | {1} | Johns Hopkins | accounts receivable | 1121-000 | 148.00 | | 20,338.94 |
| 10/05/18 | {1} | MSK Group, PC | accounts receivable | 1121-000 | 258.82 | | 20,597.76 |
| 10/15/18 | 103 | Entergy | electric bill for October | 2990-000 | | 162.37 | 20,435.39 |
| 10/22/18 | {1} | CenturyLink | accounts receivable | 1121-000 | 32.06 | | 20,467.45 |
| 10/30/18 | {13} | United States Treasury | tax refund | 1224-000 | 2,961.98 | | 23,429.43 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 18.58 | 23,410.85 |
| 11/06/18 | {1} | Concorde Career Colleges, Inc | accounts receivable | 1121-000 | 2,467.80 | | 25,878.65 |
| 11/13/18 | 104 | Entergy | electric bill- 53192589 | 2990-000 | | 40.20 | 25,838.45 |
| 11/19/18 | {13} | United States Treasury | federal tax over payment | 1224-000 | 199.27 | | 26,037.72 |
| 11/26/18 | {2} | Union Bank | close Debtor's bank account | 1129-000 | 1,947.06 | | 27,984.78 |
| 12/10/18 | {1} | Pitney Bowes | accounts receivable | 1121-000 | 68.70 | | 28,053.48 |
| 12/10/18 | {14} | Health Advantage | insurance premium over payment | 1129-000 | 3,515.54 | | 31,569.02 |
| 12/10/18 | 105 | Sevier County Water Assoc. | water bill | 2990-000 | | 71.72 | 31,497.30 |
| 12/14/18 | {13} | United States Treasury | tax refund | 1224-000 | 308.22 | | 31,805.52 |
| 12/31/18 | {1} | Southwest Arkansas Electric | accounts receivable | 1121-000 | 234.37 | | 32,039.89 |
| 12/31/18 | 106 | Entergy | Acct #53192589 | 2990-000 | | 45.01 | 31,994.88 |
| 01/07/19 | {3} | BKAssetscom, LLC | proceeds from Internet Sale 11/20/18 Order (Doc. #45) | 1129-000 | 50,275.00 | | 82,269.88 |
| 01/09/19 | {1} | UPS | accounts receivable | 1121-000 | 496.52 | | 82,766.40 |
| 01/16/19 | {1} | Sevier County Water Association | accounts receivable | 1121-000 | 40.85 | | 82,807.25 |
| 01/16/19 | 107 | Entergy | electric bill | 2990-000 | | 223.01 | 82,584.24 |
| 01/16/19 | 108 | Sevier County Water Assoc. | acct #2920 Voided on 01/28/2019 | 2990-004 | | 34.15 | 82,550.09 |
| 01/16/19 | 109 | Southwest Arkansas Electric | acct # 8187703 | 2990-000 | | 25.46 | 82,524.63 |
| 01/28/19 | 108 | Sevier County Water Assoc. | acct #2920 Voided: check issued on 01/16/2019 | 2990-004 | | -34.15 | 82,558.78 |

Page Subtotals:    $65,350.97    $957.93

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 3

| Case No.: | 5:18-72139 | Trustee Name: | Jill Jacoway (250030) |
|---|---|---|---|
| Case Name: | ISOKINETICSINC.COM, INC. | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***4881 | Account #: | ******6800 Checking |
| For Period Ending: | 08/20/2020 | Blanket Bond (per case limit): | $0.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/04/19 | 110 | BKAssets.com, LLC | 2-4-19 Order (Doc. #53) | 3630-000 |  | 5,000.00 | 77,558.78 |
| 02/04/19 | 111 | BKAssets.com, LLC | 2-4-19 Order (Doc. #53) | 3640-000 |  | 275.00 | 77,283.78 |
| 02/12/19 | 112 | Entergy | acct #53192589 | 2990-000 |  | 206.23 | 77,077.55 |
| 03/05/19 | {1} | Verizon Treasury | accounts receivable | 1121-000 | 363.41 |  | 77,440.96 |
| 03/05/19 | {1} | Bristow Endeaver Healthcare LLC | accounts receivable | 1121-000 | 278.29 |  | 77,719.25 |
| 03/13/19 |  | Transfer Debit to Metropolitan Commercial Bank acct ******3414 | Transition Debit to Metropolitan Commercial Bank acct XXXXXX3414 | 9999-000 |  | 77,719.25 | 0.00 |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  | COLUMN TOTALS |  |  | 84,168.41 | 84,168.41 | $0.00 |
|  | Less: Bank Transfers/CDs |  |  | 0.00 | 77,719.25 |  |
|  | Subtotal |  |  | 84,168.41 | 6,449.16 |  |
|  | Less: Payments to Debtors |  |  |  | 0.00 |  |
|  | NET Receipts / Disbursements |  |  | $84,168.41 | $6,449.16 |  |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)                                          ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 4

| Case No.: | 5:18-72139 | Trustee Name: | Jill Jacoway (250030) |
|---|---|---|---|
| Case Name: | ISOKINETICSINC.COM, INC. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***4881 | Account #: | ******3414 Checking Account |
| For Period Ending: | 08/20/2020 | Blanket Bond (per case limit): | $0.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/13/19 | | Transfer Credit from Rabobank, N.A. acct ******6800 | Transition Credit from Rabobank, N.A. acct XXXXXX6800 | 9999-000 | 77,719.25 | | 77,719.25 |
| 03/18/19 | 1000 | Entergy | acct #53192589 | 2990-000 | | 45.52 | 77,673.73 |
| 04/02/19 | {15} | Bauerfeind USA Inc | 3-13-19 Demand Letter by Trustee | 1241-000 | 1,180.08 | | 78,853.81 |
| 04/09/19 | 1001 | Logical Business Systems | 4-9-19 Order re fees (Doc. #63) | 3991-000 | | 2,100.00 | 76,753.81 |
| 04/15/19 | {15} | Jelaga Inc | turnover of post petition transfer | 1241-000 | 1,299.97 | | 78,053.78 |
| 04/18/19 | | Mena Title Company, Inc | 4-9-19 Order re Sale (Doc. #62) | | 10,000.00 | | 88,053.78 |
| | | Polk County Tax Collector | 4-9-19 Order (Doc. #62) -$1,575.45 | 4700-000 | | | |
| | | Polk County Tax Collector | 4-9-19 Order re Sale (Doc. #62) -$1,297.44 | 4700-000 | | | |
| | | Re/Max Mena | 4-9-19 Order (Doc. #64) -$2,940.00 | 3510-000 | | | |
| | | Nathan Genovese, Broker | 4-9-19 Order (Doc. #64) -$420.00 | 3510-000 | | | |
| | {10} | Mena Title Company, Inc. | 4-9-19 Order re Sale (Doc. #62) $56,000.00 | 1110-000 | | | |
| | | Union Bank of Mena | 49-9-19 Order (Doc. #62) -$39,767.11 | 4110-000 | | | |
| 04/22/19 | {15} | Armedica Mfg Corp | turnover of post petition transfer | 1241-000 | 17,931.20 | | 105,984.98 |
| 04/23/19 | {15} | Union Bank of Mena | return o unauthorized post petition transfer | 1241-000 | 21,531.96 | | 127,516.94 |
| 04/29/19 | 1002 | Entergy | acct #53192589 - due 5/3/19 | 2990-000 | | 43.20 | 127,473.74 |
| 05/15/19 | 1003 | Entergy | utility bill - acct # 161691803 Voided on 05/15/2019 | 2990-004 | | 34.41 | 127,439.33 |
| 05/15/19 | 1003 | Entergy | utility bill - acct # 161691803 Voided: check issued on 05/15/2019 | 2990-004 | | -34.41 | 127,473.74 |
| 05/20/19 | {15} | OEC | post petition transfer | 1241-000 | 2,851.85 | | 130,325.59 |
| 06/20/19 | | Mike & Selinda Salem | 6-11-19 Order (Doc. #70) | | 10,000.00 | | 140,325.59 |
| | {9} | Mike & SeLinda Salem | 6-11-19 Order (Doc. #70) $391,147.28 | 1110-000 | | | |
| | | Garland County Title | 6-11-19 Order (Doc. #70) -$4,135.10 | 2500-000 | | | |
| | | Garland County Tax Collector | 6-11-19 Order (Doc. #70) -$10,998.16 | 4700-000 | | | |
| | | Union Bank of Mena | 6-11-19 Order (Doc. #70) -$366,014.02 | 4110-000 | | | |
| 09/16/19 | 1004 | CFP Appraisals and Auctions | 9/9/19 Order (Doc. #101) Voided on 09/16/2019 | 3711-004 | | 405.00 | 139,920.59 |
| 09/16/19 | 1004 | CFP Appraisals and Auctions | 9/9/19 Order (Doc. #101) Voided: check issued on 09/16/2019 | 3711-004 | | -405.00 | 140,325.59 |
| 09/30/19 | 1005 | Logical Business Systems | 9-12-19 Order (Doc. #75) | 3991-000 | | 600.00 | 139,725.59 |
| 12/02/19 | 1006 | ACCOUNTING SOLUTIONS OF NWA | 12-2-19 Order re fees (Doc. #84) | 3410-000 | | 3,500.00 | 136,225.59 |

Page Subtotals: $142,514.31  $6,288.72

{ } Asset Reference(s)     **UST Form 101-7-TDR ( 10 /1/2010)**     ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 5

| Case No.: | 5:18-72139 | Trustee Name: | Jill Jacoway (250030) |
|---|---|---|---|
| Case Name: | ISOKINETICSINC.COM, INC. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***4881 | Account #: | ******3414 Checking Account |
| For Period Ending: | 08/20/2020 | Blanket Bond (per case limit): | $0.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/02/19 | 1007 | CFP Appraisals and Auctions | 12-2-19 Order re fees (Doc. #83) | 3711-000 | | 2,017.50 | 134,208.09 |
| 12/02/19 | 1008 | CFP Appraisals and Auctions | 12-2-19 Order re fees (Doc. #83) | 3712-000 | | 278.38 | 133,929.71 |
| 12/02/19 | 1009 | JILL JACOWAY ATTORNEY | 12-2-19 Order re fees (Doc. #85) | 3110-000 | | 11,462.50 | 122,467.21 |
| 12/02/19 | 1010 | JACOWAY LAW FIRM, LTD. | 12-2-19 Order re fees (Doc. #85) | 3110-000 | | 1,667.51 | 120,799.70 |
| 02/18/20 | 1011 | Mike & Selinda Salem | Order Granting Claim (Doc. #92) Stopped on 03/03/2020 | 2990-005 | | 3,913.43 | 116,886.27 |
| 03/03/20 | 1011 | Mike & Selinda Salem | Order Granting Claim (Doc. #92) Stopped: check issued on 02/18/2020 | 2990-005 | | -3,913.43 | 120,799.70 |
| 03/03/20 | 1012 | Mike & Selinda Salem | Order Granting Claim (Doc. #92) | 2990-000 | | 3,913.43 | 116,886.27 |
| 04/26/20 | 1013 | Jill Jacoway | Distribution payment - Dividend paid at 100.00% of $32,055.54; Claim # FEE; Filed: $32,055.54 | 2100-000 | | 32,055.54 | 84,830.73 |
| 04/26/20 | 1014 | Jill Jacoway | Distribution payment - Dividend paid at 100.00% of $525.85; Claim # TE; Filed: $525.85 | 2200-000 | | 525.85 | 84,304.88 |
| 04/26/20 | 1015 | Dept. Of Employment And Economic Development | Distribution payment - Dividend paid at 100.00% of $1,706.00; Claim # 25; Filed: $1,706.00 Stopped on 08/07/2020 | 5800-005 | | 1,706.00 | 82,598.88 |
| 04/26/20 | 1016 | Ideal Products | Distribution payment - Dividend paid at 30.69% of $2,213.62; Claim # 4; Filed: $2,213.62 | 7100-000 | | 679.26 | 81,919.62 |
| 04/26/20 | 1017 | DiversiFoam Products | Distribution payment - Dividend paid at 30.69% of $12,537.52; Claim # 5; Filed: $12,537.52 | 7100-000 | | 3,847.18 | 78,072.44 |
| 04/26/20 | 1018 | Computer Solutions | Distribution payment - Dividend paid at 30.69% of $910.00; Claim # 6; Filed: $910.00 | 7100-000 | | 279.24 | 77,793.20 |
| 04/26/20 | 1019 | Armedica Manufacturing | Distribution payment - Dividend paid at 30.69% of $79,951.27; Claim # 7-2; Filed: $79,951.27 | 7100-000 | | 24,533.33 | 53,259.87 |
| 04/26/20 | 1020 | Dynatronics | Distribution payment - Dividend paid at 30.69% of $12,712.92; Claim # 8; Filed: $12,712.92 | 7100-000 | | 3,901.00 | 49,358.87 |
| 04/26/20 | 1021 | Contemporary Design DBA Shuttle Systems | Distribution payment - Dividend paid at 30.69% of $9,050.63; Claim # 9; Filed: $9,050.63 | 7100-000 | | 2,777.22 | 46,581.65 |
| 04/26/20 | 1022 | Cardinal Detecto | Distribution payment - Dividend paid at 30.69% of $4,944.56; Claim # 10; Filed: $4,944.56 | 7100-000 | | 1,517.26 | 45,064.39 |
| 04/26/20 | 1023 | Hog Country Media, LLC | Distribution payment - Dividend paid at 30.69% of $1,783.41; Claim # 11; Filed: $1,783.41 | 7100-000 | | 547.25 | 44,517.14 |
| 04/26/20 | 1024 | PrePak Products, Inc | Distribution payment - Dividend paid at 30.69% of $3,232.37; Claim # 12; Filed: $3,232.37 | 7100-000 | | 991.86 | 43,525.28 |
| 04/26/20 | 1025 | NDC, Inc. | Distribution payment - Dividend paid at 30.69% of $71,339.72; Claim # 13; Filed: $71,339.72 | 7100-000 | | 21,890.85 | 21,634.43 |
| 04/26/20 | 1026 | MedChain Supply Div of NDC | Distribution payment - Dividend paid at 30.69% of $2,022.80; Claim # 14; Filed: $2,022.80 | 7100-000 | | 620.70 | 21,013.73 |
| 04/26/20 | 1027 | BioSkin Cropper Medical Inc | Distribution payment - Dividend paid at 30.69% of $1,064.29; Claim # 15; Filed: $1,064.29 | 7100-000 | | 326.58 | 20,687.15 |

Page Subtotals:  $0.00   $115,538.44

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 6

| Case No.: | 5:18-72139 | Trustee Name: | Jill Jacoway (250030) |
|---|---|---|---|
| Case Name: | ISOKINETICSINC.COM, INC. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***4881 | Account #: | ******3414 Checking Account |
| For Period Ending: | 08/20/2020 | Blanket Bond (per case limit): | $0.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/26/20 | 1028 | Hausmann Industries | Distribution payment - Dividend paid at 30.69% of $15,334.90; Claim # 16; Filed: $15,334.90 | 7100-000 | | 4,705.57 | 15,981.58 |
| 04/26/20 | 1029 | BioMedical Life System | Distribution payment - Dividend paid at 30.68% of $823.50; Claim # 17; Filed: $823.50 Stopped on 08/07/2020 | 7100-005 | | 252.69 | 15,728.89 |
| 04/26/20 | 1030 | HC Interiors, Inc. dba Health Care Interiors c/o Doug Michel | Distribution payment - Dividend paid at 30.69% of $948.51; Claim # 18; Filed: $948.51 | 7100-000 | | 291.05 | 15,437.84 |
| 04/26/20 | 1031 | North Coast Medical, Inc | Distribution payment - Dividend paid at 30.69% of $5,295.75; Claim # 19; Filed: $5,295.75 | 7100-000 | | 1,625.02 | 13,812.82 |
| 04/26/20 | 1032 | American Express Travel Related Services Company, c/o Becket and Lee LLP | Distribution payment - Dividend paid at 30.69% of $25,362.38; Claim # 20; Filed: $25,362.38 | 7100-000 | | 7,782.54 | 6,030.28 |
| 04/26/20 | 1033 | Euler Hermes North America Insurance Company | Distribution payment - Dividend paid at 30.69% of $10,844.08; Claim # 21; Filed: $10,844.08 | 7100-000 | | 3,327.54 | 2,702.74 |
| 04/26/20 | 1034 | Jelaga Inc dba Spectrum Therapy Products | Distribution payment - Dividend paid at 30.69% of $3,173.23; Claim # 23; Filed: $3,173.23 | 7100-000 | | 973.72 | 1,729.02 |
| 04/26/20 | 1035 | Cramer Products, Inc. | Distribution payment - Dividend paid at 30.69% of $5,634.68; Claim # 26; Filed: $5,634.68 | 7100-000 | | 1,729.02 | 0.00 |
| 08/07/20 | 1015 | Dept. Of Employment And Economic Development | Distribution payment - Dividend paid at 100.00% of $1,706.00; Claim # 25; Filed: $1,706.00 Stopped: check issued on 04/26/2020 | 5800-005 | | -1,706.00 | 1,706.00 |
| 08/07/20 | 1029 | BioMedical Life System | Distribution payment - Dividend paid at 30.68% of $823.50; Claim # 17; Filed: $823.50 Stopped: check issued on 04/26/2020 | 7100-005 | | -252.69 | 1,958.69 |
| 08/12/20 | 1036 | US Bankruptcy Court | Distribution payment - Dividend paid at 100.00% of $1,706.00; Claim # 25; Filed: $1,706.00 & Distribution payment - Dividend paid at 30.68% of $823.50; Claim # 17; Filed: $823.50 | | | 1,958.69 | 0.00 |
| | | BioMedical Life System | Distribution payment - Dividend paid at 30.68% of $823.50; Claim # 17; Filed: $823.50 $252.69 | 7100-000 | | | |
| | | Dept. Of Employment And Economic Development | Distribution payment - Dividend paid at 100.00% of $1,706.00; Claim # 25; Filed: $1,706.00 $1,706.00 | 5800-000 | | | |

|  | COLUMN TOTALS | 142,514.31 | 142,514.31 | $0.00 |
|---|---|---|---|---|
| | Less: Bank Transfers/CDs | 77,719.25 | 0.00 | |
| | **Subtotal** | 64,795.06 | 142,514.31 | |
| | Less: Payments to Debtors | | 0.00 | |
| | **NET Receipts / Disbursements** | **$64,795.06** | **$142,514.31** | |

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)                    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 7

| | | |
|---|---|---|
| **Case No.:** 5:18-72139 | **Trustee Name:** | Jill Jacoway (250030) |
| **Case Name:** ISOKINETICSINC.COM, INC. | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** **-***4881 | **Account #:** | ******3414 Checking Account |
| **For Period Ending:** 08/20/2020 | **Blanket Bond (per case limit):** | $0.00 |
| | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******6800 Checking | $84,168.41 | $6,449.16 | $0.00 |
| ******3414 Checking Account | $64,795.06 | $142,514.31 | $0.00 |
| | $148,963.47 | $148,963.47 | $0.00 |

08/20/2020  
Date

/s/Jill Jacoway  
Jill Jacoway

UST Form 101-7-TDR (10 /1/2010)